Form 6-Summary
(10/05)

# United States Bankruptcy Court
## District of Utah

In re    **Ronald Lavar Baird,**
        **Janel Jensen Baird**

Case No.    **06-22419**

Debtors

Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 242,800.00 | | |
| B - Personal Property | Yes | 4 | 111,325.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 936,574.91 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 536,915.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 7,587.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 8,171.00 |
| Total Number of Sheets of ALL Schedules | | 29 | | | |
| Total Assets | | | 354,125.00 | | |
| Total Liabilities | | | | 1,473,490.07 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form 6-Summ2
(10/05)

# United States Bankruptcy Court
## District of Utah

In re    **Ronald Lavar Baird,**
     **Janel Jensen Baird**

Case No.    **06-22419**

                Debtors

Chapter         **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 48,160.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 26,098.00 |
| TOTAL | 74,258.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C § 159.**

Form B6A
(10/05)

In re     **Ronald Lavar Baird,**
        **Janel Jensen Baird**

                           Debtors,

Case No.    **06-22419**

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **4339 North 650 East, Provo, Utah 84604** | **fee simple** | **J** | **242,800.00** | **205,000.00** |

| | | | | |
|---|---|---|---|---|
| | Sub-Total > | **242,800.00** | (Total of this page) | |
| | Total > | **242,800.00** | | |

   **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                      Best Case Bankruptcy

Form B6B
(10/05)

In re   **Ronald Lavar Baird,**                                                    Case No.   **06-22419**
       **Janel Jensen Baird,**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **cash** | J | 125.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Utah Community Credit Union checking and savings** **legal interest in children's bank accounts (no equitable interest)** **legal interest in joint checking account with Mrs. Baird's father (no equitable interest)** | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **washer, dryer, 7 beds and related bedding, sewing machine, refrigerator, freezer, microwave, stove.** | J | 835.00 |
| | | **sofa, chairs and related furnishings, desk, bookshelf, armoire** | J | 700.00 |
| | | **2 kitchen tables, chairs, misc. kitchen items** | J | 200.00 |
| | | **2 TVs, 1 VCR-DVD combo, 1 VCR, stereo, computer, printer** | J | 550.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **books, family pictures, household decorations, collectables, CDs, DVDs, videos** | J | 500.00 |
| 6. Wearing apparel. | | **clothing** | J | 1,000.00 |
| 7. Furs and jewelry. | | **wedding bands and misc. costume jewelry** | J | 1,400.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **children's bikes, misc. sports equipment, scrapbooking supplies, sewing supplies, 2 cameras** | J | 650.00 |

Sub-Total >   **6,060.00**
(Total of this page)

_3_   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re   **Ronald Lavar Baird,**                                                      Case No.   **06-22419**
       **Janel Jensen Baird,**

_____,
                            Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **term life insurance with no cash value** | **J** | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **401(k)** | **J** | **70,000.00** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% owner of Ronald Baird Investments, LLC. Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00. Debt of the business is loans owed to Far West Bank, Deseret CDC, Zions Bank and Brinton totaling $581,681.20.  Net ownership value to Debtors is zero.** | **J** | **0.00** |
| | | **100% ownership interest in Ronald Baird Leasing, LLC. Assets of business include 1999 Acura RL in poor condition, Office equipment, medical equipment and office furnishings with total value of $27,000.00. Debts of the business are loans owed to Far West Bank and Key Leasing totaling $278,347.95.  Net ownership value to Debtors is zero.** | **J** | **0.00** |
| | | **100% owner of Canyonview Family Practice, PC Assets of the business is office consumables (accounts receivable, medicines, cotton swabs, folders, paper supplies, etc.) with value of $121,500.00. Debt of the business include loans to Far West Bank (UCC against accounts receivable) and Bank One totaling $159,641.48. Net Value to Dr. Baird is zero** | **H** | **0.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

Sub-Total >          **70,000.00**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6B
(10/05)

In re    **Ronald Lavar Baird,**                                           Case No.    **06-22419**
**Janel Jensen Baird**

Debtors                          ,

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | | **2005 tax refund** | J | 15.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 GMC Yukon** | J | 35,000.00 |
| | | | Sub-Total > (Total of this page) | **35,015.00** |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6B
(10/05)

In re    **Ronald Lavar Baird,**                                          Case No.    **06-22419**
         **Janel Jensen Baird,**

                                          Debtors        ,

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **1981 VW Rabbit - doesn't run** | **J** | **50.00** |
| 26. Boats, motors, and accessories. | **X** | | | |
| 27. Aircraft and accessories. | **X** | | | |
| 28. Office equipment, furnishings, and supplies. | **X** | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 30. Inventory. | **X** | | | |
| 31. Animals. | **X** | | | |
| 32. Crops - growing or harvested. Give particulars. | **X** | | | |
| 33. Farming equipment and implements. | **X** | | | |
| 34. Farm supplies, chemicals, and feed. | **X** | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **household tools, yard tools, lawn mower, snowblower** | **J** | **200.00** |

|  |  |
|---|---|
| Sub-Total > | **250.00** |
| (Total of this page) | |
| Total > | **111,325.00** |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6C
(10/05)

In re    **Ronald Lavar Baird,**                                Case No.    **06-22419**

        **Janel Jensen Baird**

_____,
                                Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $125,000.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **4339 North 650 East, Provo, Utah 84604** | **Utah Code Ann. § 78-23-3** | **40,000.00** | **242,800.00** |
| | | | |
| **Household Goods and Furnishings** | | | |
| **washer, dryer, 7 beds and related bedding, sewing machine, refrigerator, freezer, microwave, stove.** | **Utah Code Ann. § 78-23-5(1)(a)(viii)** | **835.00** | **835.00** |
| | | | |
| **sofa, chairs and related furnishings, desk, bookshelf, armoire** | **Utah Code Ann. § 78-23-8(1)(a)** | **700.00** | **700.00** |
| | | | |
| **2 kitchen tables, chairs, misc. kitchen items** | **Utah Code Ann. § 78-23-8(1)(b)** | **200.00** | **200.00** |
| | | | |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **books, family pictures, household decorations, collectables, CDs, DVDs, videos** | **Utah Code Ann. § 78-23-5(1)(a)(ix)** **Utah Code Ann. § 78-23-8(1)(c)** | **100.00** **100.00** | **500.00** |
| | | | |
| **Wearing Apparel** | | | |
| **clothing** | **Utah Code Ann. § 78-23-5(1)(a)(viii)** | **1,000.00** | **1,000.00** |
| | | | |
| **Furs and Jewelry** | | | |
| **wedding bands and misc. costume jewelry** | **Utah Code Ann. § 78-23-8(1)(d)** | **1,000.00** | **1,400.00** |
| | | | |
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **401(k)** | **Utah Code Ann. § 78-23-5(1)(a)(xiv)** | **100%** | **70,000.00** |

___**0**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

Form B6D
(10/05)

In re    **Ronald Lavar Baird,**
    **Janel Jensen Baird**                                                    Case No. ___06-22419___

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C§112; Fed.R.Bankr.P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx4009** <br><br> **Deseret CDC** <br> **228 North Orem Blvd.** <br> **Orem, UT 84057** | | J | **1999** <br> **second mortgage** <br> **100% owner of Ronald Baird Investments, LLC.** <br> **Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.** | | | | | |
| | | | Value $          0.00 | | | | 55,903.03 | 55,903.03 |
| Account No. <br><br> **Dr. James Brinton** <br> **3929 Riverwood Drive** <br> **Provo, UT 84604** | | J | **12/99** <br> **second mortgage** <br> **100% owner of Ronald Baird Investments, LLC.** <br> **Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.** | | | | | |
| | | | Value $          0.00 | | | | 172,838.12 | 172,838.12 |
| Account No. <br><br> **Far West Bank** <br> **201 East Center** <br> **Provo, UT 84606** | | J | **2003** <br><br> **First Mortgage** <br><br> **4339 North 650 East, Provo, Utah 84604** | | | | | |
| | | | Value $      242,800.00 | | | | 205,000.00 | 0.00 |
| Account No. **xxxxx8733** <br><br> **Far West Bank** <br> **201 East Center Street** <br> **Provo, UT 84606** | | J | **12/99** <br> **UCC** <br> **100% ownership interest in Ronald Baird Leasing, LLC.** <br> **Assets of business include 1999 Acura RL in poor condition, Office equipment, medical equipment and office furnishings with total value of** | | | | | |
| | | | Value $          0.00 | | | | 114,893.71 | 114,893.71 |
| __1__ continuation sheets attached | | | Subtotal <br> (Total of this page) | | | | 548,634.86 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6D - Cont.
(10/05)

In re **Ronald Lavar Baird,**
      **Janel Jensen Baird**
                         ,
                 Debtors

Case No. **06-22419**

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx2371**<br><br>**Far West Bank**<br>**201 East Center**<br>**Provo, UT 84606** | | J | **12/99**<br>**mortgage**<br>**100% owner of Ronald Baird Investments, LLC.**<br>**Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.**<br><br>Value $      **0.00** | | | | **278,433.85** | **278,433.85** |
| Account No. **xxxxx1624**<br><br>**Paul B. Jensen**<br>**2459 Springs Drive**<br>**Saint George, UT 84790** | | J | **2006**<br><br>**auto loan**<br><br>**2005 GMC Yukon**<br><br>Value $      **35,000.00** | | | | **35,000.00** | **0.00** |
| Account No. **xxxxxxx-9001**<br><br>**Zions First National Bank**<br>**P.O. Box  26304**<br>**Salt Lake City, UT 84126-0304** | | J | **12/99**<br>**first mortgage**<br>**100% owner of Ronald Baird Investments, LLC.**<br>**Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.**<br><br>Value $      **0.00** | | | | **74,506.20** | **74,506.20** |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br><br><br>Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **387,940.05** | |
| Total<br>(Report on Summary of Schedules) | **936,574.91** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(10/05)

In re   **Ronald Lavar Baird,**                                                        Case No. _____**06-22419**_____
        **Janel Jensen Baird**

_____,
                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community". If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. If applicable, also report this total on the Means Test form.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic support obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**0**_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F
(10/05)

In re    **Ronald Lavar Baird,**
         **Janel Jensen Baird**                                    Case No.    **06-22419**

_____ ,
                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C.§112; Fed.R.Bankr.P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx2501**<br><br>**AIH Receivables Management Service**<br>**PO Box 70**<br>**Shawnee, KS 66218** | | J | **1991**<br>**student loan** | | | | **3,529.00** |
| Account No.<br><br>**Alternate Notice For:**<br>**AIH Receivables Management Service** | | | **University of Health Sciences** | | | | |
| Account No. **xxx8212**<br><br>**American Academy of FP**<br>**P.O. Box 419662**<br>**Kansas City, MO 64141-6662** | | J | **7/05**<br>**Money Loaned** | | | | **1,070.00** |
| Account No. **xxxxxxxxxx2007**<br><br>**American Express \***<br>**PO Box 360002**<br>**Ft Lauderdale, FL 33336-0002** | | J | **various**<br>**Credit Card** | | | | **8,409.95** |

__ **14** __   continuation sheets attached

Subtotal
(Total of this page)    **13,008.95**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:27685-060409    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Ronald Lavar Baird,**
      **Janel Jensen Baird**                                                                                Case No. ___**06-22419**___

                                                Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br>**Alternate Notice For:** <br>**American Express \*** | | | | **American Express Centurion Bank \*** <br>**C/O Becket & Lee LLP** <br>**P. O. Box 3001** <br>**Malvern, PA 19355-0701** | | | | |
| Account No. **xxxxxxxxxx1008** <br><br>**American Express \*** <br>**PO Box 360002** <br>**Ft Lauderdale, FL 33336-0002** | | | J | **various** <br>**Credit Card** | | | | 7,857.43 |
| Account No. **xxxxx2501** <br><br>**American Express Business Loan** <br>**4315 South 2700 South** <br>**Salt Lake City, UT 84184** | | | J | **2004** <br>**business loan** | | | | 41,858.12 |
| Account No. **Baird** <br><br>**American Fork Hospital** <br>**170 North 1100 East** <br>**American Fork, UT 84003** | | | J | **1/06** <br>**Services** | | | | 75.00 |
| Account No. **xx3292** <br><br>**Anda Generics, Inc.** <br>**P.O. Box 930219** <br>**Atlanta, GA 31193-0219** | | | J | **1/06** <br>**Services** | | | | 11,253.19 |

Sheet no. __**1**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                       Subtotal
                                        (Total of this page)     **61,043.74**

Form B6F - Cont.
(10/05)

In re    **Ronald Lavar Baird,**
**Janel Jensen Baird**

_____ ,

Case No. ___**06-22419**_____

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **xxxxxxxxx7001** <br><br> **Bank One/Chase** <br> **P.O. Box 78039** <br> **Phoenix, AZ 85062-8039** | | | J | | **2004** <br> **business loan** | | | | **44,747.77** |
| Account No. **Baird** <br><br> **Beckmann Coulter** <br> **P.O. Box 3100** <br> **Fullerton, CA 92834-3100** | | | J | | **7/05** <br> **Services** | | | | **6,454.00** |
| Account No. **Baird** <br><br> **Bio Skin Cropper Medical, Inc.** <br> **240 East Hersey Street, Suite #2** <br> **Ashland, OR 97520-5202** | | | J | | **6/1/06** <br> **Services** | | | | **160.99** |
| Account No. **Baird** <br><br> **Cameron & Associates** <br> **P.O. Box 5** <br> **Orem, UT 84059** | | | J | | **5/1/06** <br> **Services** | | | | **23.11** |
| Account No. **xxxx4245** <br><br> **Cardinal Health Medical Products & Serv.** <br> **P.O. Box 100316** <br> **Pasadena, CA 91189-0316** | | | J | | **10/05** <br> **Goods sold** | | | | **7,157.76** |

| Sheet no. _**2**___ of _**14**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **58,543.63** |
|---|---|---|

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Ronald Lavar Baird,**                                      Case No.  **06-22419**
       **Janel Jensen Baird**
_____ ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Baird**  <br> **Chris' Plumbing LLC** <br> **P.O. Box  51181** <br> **Provo, UT 84605** | | J | **10/05** <br> **Services** | | | | 122.25 |
| Account No. **Baird**  <br> **CNS Home Health Plus** <br> **6949 High Tech Drive** <br> **Midvale, UT 84047** | | J | **7/05** <br> **Services** | | | | 865.00 |
| Account No. **Baird**  <br> **Constable Stowers** <br> **6076 South 2075 East** <br> **Salt Lake City, UT 84121** | | J | **3/06** <br> **Services** | | | | 45.00 |
| Account No. **none**  <br> **Dennis Varney** <br> **1053 North 560 East** <br> **Spanish Fork, UT 84660** | | J | **potential medical malpractice action** | | X | X | Unknown |
| Account No. **Baird**  <br> **DJB Gas Services, Inc.** <br> **P.O. Box   1811** <br> **Salt Lake City, UT 84110-1811** | | J | **3/06** <br> **Services** | | | | 103.45 |

Sheet no. __3___ of __14__ sheets attached to Schedule of                 Subtotal                | 1,135.70
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)

Form B6F - Cont.
(10/05)

In re  **Ronald Lavar Baird,**
**Janel Jensen Baird**

Case No. __**06-22419**__

Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx4052**<br><br>Elizabeth and John Grover<br>475 North 800 East<br>Provo, UT 84606 | | | J | | **2004**<br>**pending malpratice action** | | X | X | **Unknown** |
| Account No.<br><br>Alternate Notice For:<br>Elizabeth and John Grover | | | | | Siegfried & Jensen<br>5664 South Green Street<br>Salt Lake City, UT 84123 | | | | |
| Account No. **MBx9578**<br><br>ENS<br>Dept. 1078<br>Denver, CO 80256-1078 | | | J | | **4/06**<br>**Services** | | | | **457.08** |
| Account No. **baird**<br><br>Field & Stream<br>P.O. Box 62445<br>Tampa, FL 33662-4458 | | | J | | **various**<br>**Goods sold** | | | | **12.00** |
| Account No. **Baird**<br><br>Ingenix<br>P.O. Box 271169<br>Salt Lake City, UT 84127-0116 | | | J | | **7/05**<br>**Services** | | | | **513.98** |

Sheet no. __**4**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**983.06**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Ronald Lavar Baird,**
       **Janel Jensen Baird**

Case No. ___**06-22419**___

_____ ,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Baird**<br><br>**J & D Forms**<br>**P.O. Box  1572**<br>**Riverton, UT 84065-1572** | | J | 11/05<br>Goods sold | | | | 2,932.57 |
| Account No. **Baird**<br><br>**John Hancock CK CCD Collection**<br>**Rocky Mountain Employee Benefits, Inc.**<br>**P.O. Box  651366**<br>**Salt Lake City, UT 84165-1366** | | J | 1/06<br>401(k) loan | | | | 26,098.00 |
| Account No.<br><br>**JP Morgan Chase Bank, NA ***<br>**Attention:  Bankruptcy Department**<br>**P.O. Box  3155**<br>**Milwaukee, WI 53201-3155** | | J | collection | | | | 0.00 |
| Account No.<br><br>**Alternate Notice For:**<br>**JP Morgan Chase Bank, NA *** | | | **Richer & Overholt, PC**<br>**901 West Baxter Drive**<br>**South Jordan, UT 84095** | | | | |
| Account No. **KPxxxx6101**<br><br>**Key Equipment Finance**<br>**600 Travis, Suite 1300**<br>**Houston, TX 77002** | | J | 2004<br>business loan | | | | 50,614.60 |

Sheet no. __**5**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

79,645.17

Form B6F - Cont.
(10/05)

In re    **Ronald Lavar Baird,**
         **Janel Jensen Baird**
                                                                    Case No. ___**06-22419**_____

                                                        ,
                                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **KPxxxx6136** | | | | 2004 business loan | | | | |
| Key Equipment Finance 600 Travis, Suite 1300 Houston, TX 77002 | | | J | | | | | |
| | | | | | | | | 81,888.32 |
| Account No. **KPxxx2336** | | | | 2004 business loan | | | | |
| Key Equipment Finance 600 Travis, Suite 1300 Houston, TX 77002 | | | J | | | | | |
| | | | | | | | | 30,951.32 |
| Account No. **Barid** | | | | 3/05 Services | | | | |
| KJL Consulting Services Keith Jenkins P.O. Box 195 Lindon, UT 84042 | | | J | | | | | |
| | | | | | | | | 7,599.57 |
| Account No. **xxx54-42** | | | | 7/05 Services | | | | |
| LabCorp P.O. Box 8108 Burlington, NC 27215 | | | J | | | | | |
| | | | | | | | | 487.50 |
| Account No. **xxxxx1738** | | | | 2005 medical malpractice action | | | | |
| Levi and Autumn Foote c/o Hall, Prangle & Schoonveld, LLC 136 East South Temple, #2450 Salt Lake City, UT 84111 | | | J | | | X | X | |
| | | | | | | | | Unknown |

Sheet no. __**6**___ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| |
|---|
| 120,926.71 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Ronald Lavar Baird,**
    **Janel Jensen Baird**
_____,
                         Debtors

Case No. ___**06-22419**_____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Lowe's** <br> **P O Box 981064** <br> **El Paso, TX 79998-1064** | | J | | credit card | | | | **0.00** |
| Account No. **x8691** <br><br> **LPI Healthcare Financial Services** <br> **P.O. Box 2597** <br> **Columbia, SC 29202** | | J | | 2004 <br> business loan | | | | **59,101.30** |
| Account No. <br><br> **MBNA** <br> **P.O. Box 15102** <br> **Wilmington, DE 19886-5102** | | J | | 2004 <br> business loan | | | | **47,750.14** |
| Account No. **xBSx6974** <br><br> **MCI WorldCom Residential Services** <br> **PO Box 52252** <br> **Phoenix, AZ 85072** | | J | | various <br> Services | | | | **78.70** |
| Account No. **Baird** <br><br> **Merck & Co.** <br> **1810 Solutions Center** <br> **Chicago, IL 60677-1008** | | J | | 6/06 <br> Goods & Services | | | | **5,280.53** |

Sheet no. __**7**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**112,210.67**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re   **Ronald Lavar Baird,**
        **Janel Jensen Baird**                                        Case No. ___**06-22419**___

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Barid** <br><br> **Meretek Diagnostics, Inc.** <br> **P.O. Box 60000** <br> **San Francisco, CA 94103** | | J | 6/06 <br> **Services** | | | | 842.50 |
| Account No. **CNYNVWFAPR** <br><br> **Mountain West Telecom** <br> **17 East Vine Street** <br> **Salt Lake City, UT 84107** | | J | 4/06 <br> **Services** | | | | 271.83 |
| Account No. **Baird** <br><br> **MXR** <br> **3039 West Parkway Blvd.** <br> **West Valley City, UT 84119** | | J | 4/06 <br> **services** | | | | 2,262.64 |
| Account No. **none** <br><br> **Nancy Varney** <br> **315 East 300 North** <br> **Orem, UT 84057** | | J | **potential medical malpractice action** | | X | X | Unknown |
| Account No. **xxxxx2501** <br><br> **Nelnet** <br> **PO Box 1649** <br> **Denver, CO 80201-1649** | | J | 1991-1995 <br> **student loan** | | | | 15,455.00 |

Sheet no. __**8**___ of __**14**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,831.97

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Ronald Lavar Baird,**
       **Janel Jensen Baird**                                    Case No. _____**06-22419**_____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Baird**<br><br>**Newsweek**<br>**P.O. Box  59925**<br>**Boulder, CO 80322-9925** | | J | 7/05<br>Goods Sold | | | | 20.00 |
| Account No. **Baird**<br><br>**Options for Coding & Medical Billing, LL**<br>**P.O. Box 932**<br>**Sandy, UT 84091-0932** | | J | 7/05<br>Services | | | | 1,750.00 |
| Account No. **x1460**<br><br>**Parr, Waddoups, Brown Gee & Loveless**<br>**P.O. Box 11019**<br>**Salt Lake City, UT 84147** | | J | 3/06<br>legal consultation | | | | 385.64 |
| Account No. **xxx1514**<br><br>**PBCC**<br>**P.O. Box  856460**<br>**Louisville, KY 40285-6460** | | J | 6/06<br>Services | | | | 466.28 |
| Account No. **Baird**<br><br>**Pitney Bowes**<br>**P.O. Box   856042**<br>**Louisville, KY 40285-6042** | | J | 7/05<br>Services | | | | 3,436.22 |

Sheet no. __**9**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,058.14

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(10/05)

In re **Ronald Lavar Baird,**
**Janel Jensen Baird**

Case No. **06-22419**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **U-x0609**<br><br>**Robert and Pea Olah**<br>**235 East 4320 North**<br>**Provo, UT 84604** | | | J | | **2005**<br>**medical malpractice action** | | X | X | **Unknown** |
| Account No.<br><br>**Alternate Notice For:**<br>**Robert and Pea Olah** | | | | | **Dewsnup, King & Olsen**<br>**2020 Beneficial Life Tower**<br>**36 South State Street**<br>**Salt Lake City, UT 84111** | | | | |
| Account No. **Baird**<br><br>**Robert Howard Company**<br>**125 Cottage Grove**<br>**Cottage Grove, OR 97424** | | | J | | **7/05**<br>**Services** | | | | **110.06** |
| Account No. **Baird**<br><br>**Rock Canyon Pharmacy**<br>**3153 North Canyon Road**<br>**Provo, UT 84604** | | | J | | **7/05**<br>**Goods Sold** | | | | **1,387.05** |
| Account No. **Baird**<br><br>**Rocky Mountain Employee Benefits, Inc.**<br>**P.O. Box 651366**<br>**Salt Lake City, UT 84165-1366** | | | J | | **6/06**<br>**Services** | | | | **840.00** |

Sheet no. **10** of **14** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,337.11**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Ronald Lavar Baird,**
        **Janel Jensen Baird**

Case No. ___**06-22419**___

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **C-2439** <br><br> **Rocky Mountain Pathology Reference Pathology Services 10011 South Centennial Parkway, #300 Sandy, UT 84070** | | J | 7/05 <br> Services | | | | 1,748.00 |
| Account No. **xxxxx2501** <br><br> **Sallie Mae 1002 Arthur Drive Lynn Haven, FL 32444** | | J | 1991-1995 <br> student loan | | | | 29,176.00 |
| Account No. **none** <br><br> **Scott and Loretta Clark 1190 North 300 West Mapleton, UT 84664** | | J | potential medical malpractice action | | X | X | Unknown |
| Account No. **Baird** <br><br> **Service Experts Utah P.O. Box 1875 Provo, UT 84603** | | J | 6/06 <br> Services | | | | 133.00 |
| Account No. **Baird** <br><br> **Statewide Recovery Company P.O. Box 71743 Salt Lake City, UT 84171-0743** | | J | 10/05 <br> Collections | | | | 375.00 |

Sheet no. _**11**_ of _**14**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,432.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Ronald Lavar Baird,**
**Janel Jensen Baird**

Case No. **06-22419**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx1234**<br><br>**Stericycle**<br>**P.O. Box  79145**<br>**Phoenix, AZ 85062-9145** | | J | 12/05<br>Services | | | | 388.77 |
| Account No. **Baird**<br><br>**Telewood Communications**<br>**5667 South 2950 West**<br>**Roy, UT 84067** | | J | 6/06<br>Services | | | | 150.00 |
| Account No. **Baird**<br><br>**The Lion's Tank**<br>**Joseph Nochebuena**<br>**412 West 500 South**<br>**Provo, UT 84601** | | J | 6/06<br>Services | | | | 162.12 |
| Account No. **x3841**<br><br>**TheraCom, Inc.**<br>**Payment Center**<br>**P.O. Box  640105**<br>**Cincinnati, OH 45264-0105** | | J | 7/05<br>Services | | | | 2,000.00 |
| Account No.<br><br>**Universal Campus Credit Union**<br>**188 West Riverpark Drive**<br>**Provo, UT 84604** | | J | credit card | | | | 0.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,700.89**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re   **Ronald Lavar Baird,**
        **Janel Jensen Baird**                                      Case No. ____**06-22419**____

                                                  ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4378**  **Utah Medical Insurance Association** **540 East 500 South** **Salt Lake City, UT 84102-2775** | | J | **2/06** **Services** | | | | 14,120.00 |
| Account No. **Baird**  **Utah Process** **P.O. Box  1056** **Provo, UT 84603** | | J | **4/06** **Services** | | | | 162.00 |
| Account No. **Baird**  **Utah Valley Radiology Associates, Inc.** **P.O. Box  2217** **Orem, UT 84059-2217** | | J | **2/06** **Medical** | | | | 5,504.00 |
| Account No. **Barid**  **Varsity Contractors, Inc.** **P.O. Box  1692** **Pocatello, ID 83204** | | J | **2/06** **Services** | | | | 1,888.00 |
| Account No. **Baird**  **Vershan Transcription** **P.O. Box  786** **Lehi, UT 84043** | | J | **5/06** **Services** | | | | 1,005.82 |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            22,679.82

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(10/05)

In re  **Ronald Lavar Baird,**
       **Janel Jensen Baird**                                                    Case No.  **06-22419**

                                                                     ,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Baird**<br><br>**Vigoren & Co., CPA, PC**<br>**1675 North Freedom Blvd., Suite 9B**<br>**Provo, UT 84604** | | J | | | **4/06**<br>**Services** | | | | |
| | | | | | | | | | 1,750.00 |
| Account No. **Baird**<br><br>**Wyeth-Ayerst Pharmaceuticals**<br>**P.O. Box  951169**<br>**Dallas, TX 75395-1169** | | J | | | **6/06**<br>**Goods sold** | | | | |
| | | | | | | | | | 3,627.60 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,377.60**

Total
(Report on Summary of Schedules)    **536,915.16**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

Form B6G
(10/05)

In re   **Ronald Lavar Baird,**                                          Case No.   __**06-22419**__
     **Janel Jensen Baird**
                                 Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

   __**0**__   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re    **Ronald Lavar Baird,**
      **Janel Jensen Baird**       Case No.    **06-22419**

_____,
Debtors

# SCHEDULE H. CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

   **0**    continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      Best Case Bankruptcy

Form B6I
(10/05)

In re   **Ronald Lavar Baird**
**Janel Jensen Baird**                                    Case No.   **06-22419**
_____
Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12, or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP: | AGE: |
| **Married** | **son** | **12 yrs** |
| | **son** | **14 yrs** |
| | **daughter** | **2 yrs** |
| | **son** | **6 yrs** |
| | **son** | **7 yrs** |
| | **daughter** | **9 yrs** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Family Practice Doctor** | **Homemaker / Accounts Mngr** |
| Name of Employer | **Canyonview Family Practice, PC** | **Canyonview Family Practice, PC** |
| How long employed | **8 years** | **8 years** |
| Address of Employer | **3200 North Canyon Road, Suite C**<br>**Provo, UT 84604** | **3200 North Canyon Road, Suite C**<br>**Provo, UT 84604** |

|  | DEBTOR | SPOUSE |
|---|---|---|
| INCOME: (Estimate of average monthly income) | | |
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $  **12,500.00** | $  **1,040.00** |
| 2. Estimate monthly overtime | $  **0.00** | $  **0.00** |
| 3. SUBTOTAL | $  **12,500.00** | $  **1,040.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $  **4,139.00** | $  **14.00** |
| b. Insurance | $  **600.00** | $  **857.00** |
| c. Union dues | $  **0.00** | $  **0.00** |
| d. Other (Specify):    **401(k) loan repayment** | $  **510.00** | $  **0.00** |
| | $  **0.00** | $  **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $  **5,249.00** | $  **871.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $  **7,251.00** | $  **169.00** |
| 7. Regular income from operation of business or profession or farm. (Attach detailed statement) | $  **0.00** | $  **0.00** |
| 8. Income from real property | $  **0.00** | $  **0.00** |
| 9. Interest and dividends | $  **0.00** | $  **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $  **0.00** | $  **0.00** |
| 11. Social security or other government assistance (Specify): | $  **0.00** | $  **0.00** |
| | $  **0.00** | $  **0.00** |
| 12. Pension or retirement income | $  **0.00** | $  **0.00** |
| 13. Other monthly income (Specify):    **cafeteria reimbursements** | $  **0.00** | $  **167.00** |
| | $  **0.00** | $  **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $  **0.00** | $  **167.00** |
| 15. TOTAL MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $  **7,251.00** | $  **336.00** |

16. TOTAL COMBINED MONTHLY INCOME:    $ _____ **7,587.00**        (Report also on Summary of Schedules)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Form B6J
(10/05)

In re  **Ronald Lavar Baird**
**Janel Jensen Baird**                                         Case No.  **06-22419**
_____
Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,200.00 |
|   a. Are real estate taxes included?      Yes __X__    No ___ | | |
|   b. Is property insurance included?      Yes __X__    No ___ | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 400.00 |
|           b. Water and sewer | $ | 250.00 |
|           c. Telephone | $ | 125.00 |
|           d. Other   **See Detailed Expense Attachment** | $ | 205.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 125.00 |
| 6. Laundry and dry cleaning | $ | 50.00 |
| 7. Medical and dental expenses | $ | 150.00 |
| 8. Transportation (not including car payments) | $ | 200.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|           a. Homeowner's or renter's | $ | 0.00 |
|           b. Life | $ | 99.00 |
|           c. Health | $ | 0.00 |
|           d. Auto | $ | 139.00 |
|           e. Other   **Business Building** | $ | 158.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12 and 13 cases, do not list payments to be included in the plan.) | | |
|           a. Auto | $ | 650.00 |
|           b. Other | $ | 0.00 |
|           c. Other | $ | 0.00 |
|           d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **Student Loans** | $ | 2,470.00 |
|      Other | $ | 0.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ | 8,171.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Total monthly income from Line 16 of Schedule I | $ | 7,587.00 |
| b.    Total monthly expenses from Line 18 above | $ | 8,171.00 |
| c.    Monthly net income (a. minus b.) | $ | -584.00 |

Form B6J
(10/05)

In re    **Ronald Lavar Baird**                Case No.    **06-22419**
       **Janel Jensen Baird**

Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---|
| **Cell Phones** | $ 135.00 |
| **Cable/Internet** | $ 70.00 |
| **Total Other Utility Expenditures** | $ 205.00 |

Official Form 6-Decl.
(10/05)

# United States Bankruptcy Court
### District of Utah

In re    **Ronald Lavar Baird**
      **Janel Jensen Baird**                             Case No.    **06-22419**

                                       Debtor(s)           Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **31** sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 12, 2006**             Signature    **/s/ Ronald Lavar Baird**
                                                **Ronald Lavar Baird**
                                                Debtor

Date   **July 12, 2006**             Signature    **/s/ Janel Jensen Baird**
                                                **Janel Jensen Baird**
                                                Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Official Form 7
(10/05)

# United States Bankruptcy Court
## District of Utah

In re    **Ronald Lavar Baird**
**Janel Jensen Baird**
           Debtor(s)

Case No.   **06-22419**
Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$166,584.00** | **2004 - employment** |
| **$191,030.00** | **2005 - employment** |
| **$88,010.00** | **2006 (YTD) - employment** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Far West Bank**<br>**145 East Center**<br>**Provo, UT 84606** | **last 3 months mortgage payments** | **$6,600.00** | **$205,000.00** |
| **Student Loans** | **last 3 months regular student loan payments** | **$7,500.00** | **$47,960.00** |

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

3

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Hummingbird Credit Counseling & Edu. ***<br>**3737 Glenwood Avenue, Suite 100**<br>**Raleigh, NC 27612-5515** | **7/2006** | **$49.00 credit counseling fee** |

4

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Office of Davis and Jones, P.C.**<br>**470 East 3900 South, Suite 105**<br>**Salt Lake City, UT 84107** | **7/2006** | **$299.00 filing fee**<br>**$1,201.00 attorney's fee** |

**10. Other transfers**

None ■  a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■  b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■  List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■  List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

5

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                    NAME USED                                    DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

|  | NAME AND ADDRESS OF | DATE OF | ENVIRONMENTAL |
| SITE NAME AND ADDRESS | GOVERNMENTAL UNIT | NOTICE | LAW |

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF |  |  |
| GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |

6

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| **Canyon View Family Practice, P.C.** | | | **health care practice** | **1998 - present** |
| **Ronald Baird Leasing, LLC** | | | **equipment leasing** | **1998 - present** |
| **Ronald Baird Investments, LLC** | | | **Property Management** | **1998 - present** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**Ronald Vigoren**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                              DATES SERVICES RENDERED

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                               DATE ISSUED

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|  |  | (Specify cost, market or other basis) |
| DATE OF INVENTORY | INVENTORY SUPERVISOR |  |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|  | RECORDS |
| DATE OF INVENTORY |  |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                     NATURE OF INTEREST           PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
|  |  | OF STOCK OWNERSHIP |
| NAME AND ADDRESS | TITLE |  |

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                   DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                     TITLE                   DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

### 24. Tax Consolidation Group.

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                     TAXPAYER IDENTIFICATION NUMBER (EIN)

8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 12, 2006**                          Signature  **/s/ Ronald Lavar Baird**
                                                            **Ronald Lavar Baird**
                                                            Debtor


Date  **July 12, 2006**                          Signature  **/s/ Janel Jensen Baird**
                                                            **Janel Jensen Baird**
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Form 8
(10/05)

# United States Bankruptcy Court
### District of Utah

In re  **Ronald Lavar Baird**
**Janel Jensen Baird**
                                                               Case No.  **06-22419**
                                          Debtor(s)            Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

■  I have filed a schedule of assets and liabilities which includes debts secured by property of the estate.

☐  I have filed a schedule of executory contracts and unexpired leases which includes personal property subject to an unexpired lease.

■  I intend to do the following with respect to property of the estate which secures those debts or is subject to a lease:

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **100% owner of Ronald Baird Investments, LLC.** **Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.** **Debt of the business is loans owed to Far West Bank,** | **Deseret CDC** | | | | **X** |
| **100% owner of Ronald Baird Investments, LLC.** **Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.** **Debt of the business is loans owed to Far West Bank,** | **Dr. James Brinton** | | | | **X** |
| **100% ownership interest in Ronald Baird Leasing, LLC.** **Assets of business include 1999 Acura RL in poor condition, Office equipment, medical equipment and office furnishings with total value of $27,000.00.** **Debts of the business are loans o** | **Far West Bank** | | | | **X** |
| **4339 North 650 East, Provo, Utah 84604** | **Far West Bank** | | | | **X** |
| **100% owner of Ronald Baird Investments, LLC.** **Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604.  Value of property is $527,039.00.** **Debt of the business is loans owed to Far West Bank,** | **Far West Bank** | | | | **X** |
| **2005 GMC Yukon** | **Paul B. Jensen** | | | | **X** |

Software Copyright (c) 1996-2005 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                         Best Case Bankruptcy

Form 8 Cont.
(10/05)

In re **Ronald Lavar Baird
Janel Jensen Baird**
_____     Case No.   **06-22419**
Debtor(s)

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
### (Continuation Sheet)

| Description of Secured Property | Creditor's Name | Property will be Surrendered | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| **100% owner of Ronald Baird Investments, LLC. Asset of the business is real property located at 3200 North Canyon Rd, Suite B and C, Provo, Utah 84604. Value of property is $527,039.00. Debt of the business is loans owed to Far West Bank,** | **Zions First National Bank** | | | | **X** |

| Description of Leased Property | Lessor's Name | Lease will be assumed pursuant to 11 U.S.C. § 362(h)(1)(A) |
|---|---|---|
| **-NONE-** | | |

Date  **July 12, 2006**     Signature  **/s/ Ronald Lavar Baird**
**Ronald Lavar Baird**
Debtor

Date  **July 12, 2006**     Signature  **/s/ Janel Jensen Baird**
**Janel Jensen Baird**
Joint Debtor

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**DISTRICT OF UTAH**

**NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b)
OF THE BANKRUPTCY CODE**

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

## Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| **Tony Jones** | X **/s/ Tony Jones** | **July 12, 2006** |
|---|---|---|
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**470 East 3900 South, Suite 105**
**Salt Lake City, UT 84107**
**801/261-2244**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| **Ronald Lavar Baird** **Janel Jensen Baird** | X **/s/ Ronald Lavar Baird** | **July 12, 2006** |
|---|---|---|
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known)  **06-22419** | X **/s/ Janel Jensen Baird** | **July 12, 2006** |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
### District of Utah

In re    **Ronald Lavar Baird**
**Janel Jensen Baird**

Case No.    **06-22419**

Chapter    **7**

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 12, 2006**

**/s/ Ronald Lavar Baird**
**Ronald Lavar Baird**
Signature of Debtor

Date:   **July 12, 2006**

**/s/ Janel Jensen Baird**
**Janel Jensen Baird**
Signature of Debtor